## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

Plaintiff,

vs.

CLETO MENDOZA RAMIRO

Defendant.

CASE NO.   8:20MJ345
8:20CR183

**WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the Indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the Indictment.

Cleto mendoza Ramirez
Defendant

7/28/20
Date

Mary Dupree
Attorney for Defendant

7/28/20
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 29th day of July, 2020.

BY THE COURT:

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT